IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAY COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-84 WDS |
| v. ) | |
| ) | |
| SAM FLOOD, and JOEL BRUNSVOLD, ) | |
| individually and as Director of the ILLINOIS ) | |
| DEPARTMENT OF NATURAL ) | |
| RESOURCES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is defendants Sam Flood and Joel Brunsvold's motion to stay discovery pending the District Court's ruling on their motion for judgment on the pleadings asserting qualified immunity from all claims. **(Doc. 26).** Plaintiff objects to the stay, arguing against qualified immunity. **(Doc. 35).** Plaintiff has also submitted a proposed pre-trial schedule, and in the alternative proposes that, if a discovery stay is granted, a status conference be set within 60 days.

Defendant correctly notes that the affirmative defense of qualified immunity, if well plead, should be decided *before* discovery begins. **See Mitchell v. Forsyth, 472 U.S. 511, 525-530 (1985); and Harlow v. Fitzgerald, 457 U.S. 800, 818(1982).** Although it is up U.S. District Judge William D. Stiehl to decide the qualified immunity issue, having reviewed the parties' positions, this Court *cannot* say that defendants' motion is without merit. Therefore, a stay of discovery is warranted until after Judge Stiehl has ruled on the issue.

Insofar as plaintiff requests a status conference within 60 days, this Court cannot fathom why such a conference would be necessary. This Court cannot dictate when Judge Stiehl's

-2-

ruling will issue, and all parties will be notified of the ruling through the CM/ECF system.  If defendants' qualified immunity defense is unsuccessful and the case is not dismissed, the parties should move to amend the presumptive trial month to compensate for the stay, and then a new scheduling conference would be set.

    **IT IS THEREFORE ORDERED** that the defendants' motion to stay discovery pending Judge Stiehl's ruling on their motion to dismiss **(Doc. 26)** is **GRANTED**.  In the event the case is not dismissed, the parties shall jointly move within 15 days after Judge Stiehl's order to revise the presumptive trial month to compensate for the stay of discovery.

    **IT IS SO ORDERED.**

    **DATED: May 27, 2005**

    **s/ Clifford J. Proud**
    **CLIFFORD J. PROUD**
    **U. S. MAGISTRATE JUDGE**